STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE FERNANDO ROSARIO RODRIGUEZ  Case No. 10-05921-ESL
MARIA DEL C GONZALEZ COTTO  Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: August 03, 2010
Time: 2:33    Track: 004
[✓] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: 0
Creditors: BPPR - Color

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09 [✓] Returned
[ ] Federal Tax Returns ___ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued ___ at ___

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income June income 2010
    [✓] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
JOSE FERNANDO ROSARIO RODRIGUEZ         Case No. 10-05921-ESL
MARIA DEL C GONZALEZ COTTO    Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

VI. Plan (Cont.)
Date: July. 27, 2010   Base $ 30,740.00   [X] Filed   Evidence of Pmt shown: _____
Payments __1__ made out of __1__ due.    [ ] Not Filed

VII. Confirmation Hearing Date: August, 25, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 100.00  = $ 2,900.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

COMMENTS

1) _____ to clarify provision of BPPR leasing, plan states vehicle is paid by 3rd party, which is her daughter. BPPR filed as unsecured and debtors are co-debtors.

Trustee/Presiding Officer                Date: August 03, 2010
                                              (Rev.