IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE FERNANDO ROSARIO RODRIGUEZ
MARIA DEL C GONZALEZ COTTO
     Debtor(s)

CASE NUM.10-05921 ESL

CHAPTER 13(ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

    1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 08/11/2010**.

    **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

    In San Juan, Puerto Rico, this 13th day of August, 2010.

    **I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                             **RESPECTFULLY SUBMITTED.**

                             */S/MARILYN VALDES ORTEGA*
                             **MARILYN VALDES ORTEGA**
                             USDC PR 214711
                             P.O.Box 195596
                             San Juan, PR 00919-5596
                             Tel. (787) 758-4400
                             Fax. (787) 763-0144
                             E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **10-05921-13**

**ROSARIO RODRIGUEZ, JOSE FERNANDO & GONZALEZ COTTO, MARIA DEL C.**  Chapter **13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ | ☑ AMENDED PLAN DATED: **8/11/2010** |
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☑ Debtor ☐ Trustee ☐ Other |

## I. PAYMENT PLAN SCHEDULE

$ __480.00__ x **48** = $ **23,040.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **23,040.00**

Additional Payments:
$ __10,100.00__ to be paid as a LUMP SUM within **42 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **33,140.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $  **2,900.00**

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____  Cr. _____
# 07-101-001-3562056  # _____  # _____
$  **1,440.62**  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other:
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: /s/ *JOSE FERNANDO ROSARIO RODRIG*
Debtor

/s/ *MARIA DEL C. GONZALEZ COTTO*
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE ROSARIO RODRIGUEZ, JOSE FERNANDO & GONZALEZ COTTO, MARIA DEL   Case No. 10-05921-13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ANY POST PETITION TAX REFUNDS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION.**

**FIFTY (50) PERCENT OF THE CHRISTMAS THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN IN ORDER TO FUND SAME IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS IN THE AMOUNT OF $2520.00 FOR THE DURATION OF THE PLAN. FOR A TOTAL OF $7,560.00 DOLLARS.**

**DEBTOR IS CO-DEBTOR WITH POPULAR AUTO ACCOUNT PAID BY THIRD PARTY, DEBTOR CONSENTS TO THE LIFT OF STAY.**

**DEBTOR PAYS 100% PLUS 6% INTEREST.**

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

ROSARIO RODRIGUEZ, JOSE FERNANDO
PMB 336
PO BOX 4960
CAGUAS, PR 00726-4960


GONZALEZ COTTO, MARIA DEL C.
PMB 336
PO BOX 4960
CAGUAS, PR 00726-4960


Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR 00919-5596


BANCO POPULAR DE PR
PO BOX 36-6818
SAN JUAN, PR 00936-6818


FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019


FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326


JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090


SEARS
P.O. BOX 183114
COLUMBUS, OH 43218-3114