IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE FERNANDO ROSARIO RODRIGUEZ

MARIA DEL C GONZALEZ COTTO

DEBTOR(S)

CASE NO. 10-05921-ESL

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 3/3/2011

With respect to the above-referred payment plan with a base of $21,520.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**         ☒ **UNFAVORABLE**

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☒ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Is joint debtor receiving unemployment benefits? Provide date that joint debtor became unemployed (or evidence of loss of employment if available)

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   Debtor used property of the estate (Christmas bonus) without Court's authorization

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 3/7/2011

MARILYN VALDES ORTEGA*
COUNSEL FOR DEBTOR(S)

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062