## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE F. ROSARIO RODRIGUEZ
MARIA DEL C. GONZALEZ COTTO

DEBTOR(S)

CASE NUMBER: 10-05921 ESL

CHAPTER 13 ASSET CASE)

### DEBTORS REPLY TO TRUSTEE'S UNFAVORABLE REPORT
### ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. On March 3rd, 2011, debtor flied a post confirmation modification. (Docket #36)

2. On March 7th, 2011, the Trustee filed an unfavorable report based on Debtor still owed evidence of unemployment benefits and evidence of Christmas bonus payment to the Trustee. (Docket #37)

3. On March 7th, 2011, Debtor upload to Trustee evidence of joint debtor unemployment benefits. Exhibit I.

4. On March 24th, 2011, Debtor upload to Trustee evidence of the payment of $1,550.00 that is the half benefit of Christmas bonus. Exhibit II

5. Both upload taking care of the issues raised by the Trustee.

**NOTICE**

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Trustee's unfavorable report.

In San Juan, Puerto Rico, this 1st, day of March 2011.

**RESPECTFULLY SUBMITTED.**

/s/ *Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net



Chapter 13 Trustee
Alejandro Oliveras

Return    Help

Validate Case Number
Selection Title
Upload Document
**Summary**
Finish

## Step 4: Summary Upload

Case Number: 1005921
Document Title: Payment Stubs
Filename: Bono Navidad.pdf
Date and time: 03-24-2011 3:02:20 PM

Finish

**1Firs Bank**
DRAWN ON FIRSTBANK PUERTO RICO

PURCHASER'S COPY **MANAGER'S CHECK**

Notice to Purchaser: As a condition to this Institution's issuance of this check, Purchaser agrees to provide an Indemnity Bond prior to the refund or replacement of this check in the event it is lost, misplaced, or stolen.

Check No. 807226

10 17 47/2216

Date: 03/24/2011

Purchaser: JOSE ROSARIO RODRIGUEZ

Payee: ALEJANDRO OLIVERAS RIVERA

**NON-NEGOTIABLE**

Branch: 037
Teller: 09436
Source:

Amount: $1,550.00
Fee: $8.00
Total: $1,558.00

---

**1Firs Bank** — **Manager's Check** — Check No. 807226

101 047/2216

Purchaser: JOSE ROSARIO RODRIGUEZ
Date: 03/24/2011

Pay: ***One Thousand Five Hundred Fifty Dollars***********

To The Order of: ALEJANDRO OLIVERAS RIVERA

$1,550.00

Valid for Six Months After Issue Date
Branch 037   Teller No. 09436

DRAWN ON FIRSTBANK
SAN JUAN, PUERTO RICO
S-5001-0100

⑈807226⑈ ⑆221571473⑈ 37⑈30000 15⑈ 40

10-5921



**Return**  **Help**

Validate Case Number
Selection Title
Upload Document
**Summary**
Finish

### Step 4: Summary Upload

Case Number: 1005921
Document Title: Income evidence (other than paystubs)
Filename: Desempleo.pdf
Date and time: 03-07-2011 1:17:47 PM

Finish

DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
INFORMACION AL TRABAJADOR SOBRE RECLAMACION DE SEGURO POR DESEMPLEO

SEG. SOC.: 581 15 8991
NOMBRE   :
DIRECC.  :


DE ACUERDO A SU SOLICITUD SE CERTIFICA:
  1. RADICO SOLICITUD DE BENEFICIOS POR DESEMPLEO EL           Y
     RESULTO ELEGIBLE A UN BENEFICIO SEMANAL DE $
     A LA FECHA DE ESTA CERTIFICACION:
       A. AGOTO SUS BENEFICIOS
       B. DESCALIFICADO HASTA
       C. ULTIMA SEMANA RECLAMADA
       D. HA RECIBIDO BENEFICIOS POR         SEMANAS
  2. RADICO SOLICITUD DE BENEFICIOS EL          Y FUE DETERMINADO INELEGIBLE
X 3. NO EXISTE SOLICITUD DE BENEFICIOS POR DESEMPLEO PARA ESE SEG. SOC.
  4. OTRAS: _____

     FIRMA AUTORIZADA: _____     FECHA :

NO HAY RECORD EN ARCHIVO MAESTRO


NEGOCIADO DE SEGURIDAD DE EMPLEO
División de Seguro por Desempleo
Call Box Núm. 4576
Caguas, Puerto Rico  00626-4576

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-05921-ESL13 Notice will be electronically mailed to:**

ALANE A BECKET on behalf of Creditor ECAST SETTLEMENT CORP
notices@becket-lee.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

OSMARIE NAVARRO MARTINEZ on behalf of Trustee ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

VANESSA M TORRES QUINONES on behalf of Creditor BANCO POPULAR PR (VTQ)
mbaldera@martineztorreslaw.com, jrico@martineztorreslaw.com;
vtorres@martineztorreslaw.com; tvazquez@martineztorreslaw.com;
quiebrasmt@gmail.com

MARILYN VALDES ORTEGA on behalf of Debtor JOSE ROSARIO RODRIGUEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-05921-SEK13 Notice will not be electronically mailed to:**

| | |
|---|---|
| BANCO POPULAR DE PR<br>PO BOX 36-6818<br>SAN JUAN, PR 00936-6818 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| FIA CARD SERVICES<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 | PUERTO RICO TELEPHONE COMPANY<br>#562 AVE JUAN PONCE DE LEOJN<br>HATO REY, PR 00918 |
| FIRSTBANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | SEARS<br>P.O. BOX 183114<br>COLUMBUS, OH 43218-3114 |