IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE FERNANDO ROSARIO RODRIGUEZ

MARIA DEL C GONZALEZ COTTO

DEBTOR(S)

CASE NO. 10-05921-ESL

CHAPTER 13

**AMENDED DOCUMENT**

### TRUSTEE'S FAVORABLE REPORT
### ON POST CONFIRMATION MODIFIED PLAN DATED 3/3/2011

With respect to the above-referred payment plan with a base of $21,520.00 the Trustee Renders the following recommendation:

**[X] FAVORABLE**  **[ ] UNFAVORABLE**

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 4/6/2011

MARILYN VALDES ORTEGA*
COUNSEL FOR DEBTOR(S)

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062